UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PHUONG TANG,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 2:20-cv-00156-KJD-EJY<br><br>**ORDER** |

    Before the Court is Defendant Phuong Tang's Motion for Leave to File a Reply to the Government's Response to Defendant's Motion for Review of Magistrate Judge's Detention Order (ECF No. 4). The Court has reviewed Defendant's Motion and the Government's Statement of Non-Opposition to Defendant's Motion for Leave to File Reply (ECF No. 5), and for good cause shown,

    IT IS HEREBY ORDERED that Defendant Phuong Tang's Motion for Leave to File a Reply to the Government's Response to Defendant's Motion for Review of Magistrate Judge's Detention Order (ECF No. 4) is GRANTED.

    DATED: February 6, 2020.

                                              ELAYNA J. YOUCHAH
                                              UNITED STATES MAGISTRATE JUDGE